Eric S. Olson (11939)
**EISENBERG, GILCHRIST & CUTT**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
Email: eolson@egclegal.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHELLE LONGORIA, personally and on behalf of the ESTATE OF OSCAR LONGORIA; REYNALDA HERNANDEZ; NICHOLAS LONGORIA; LUKAS LONGORIA; JOSH LONGORIA; TYLER LONGORIA, <br><br> Plaintiffs, <br><br> vs. <br><br> CONSTANCE MARSHALL; SWIFT TRANSPORTATION SERVICE, LLC; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; SWIFT TRANSPORTATION CO. OF PHOENIX, LLC; SWIFT TRANSPORTATION CO., INC; SWIFT TRANSPORTATION CO., LLC; ANTHONY DOBSON; MERX GLOBAL; MERX GLOBAL, INC.; MERX GLOBAL LOGISTICS, INC.; VIRGIL DICKESON; BTI SPECIAL COMMODITIES, INC.; ANDRES O. JEFFERSON; RYDER TRUCK RENTAL, INC.; VELOX TRANSPORT SERVICES, LLC; RICK MARKHAM; SCHNEIDER NATIONAL CARRIERS, INC.; JEFFERSON OSPINA; TIRUMALA VENKATA; and KAHKASHAN TRANSPORT, INC., <br><br> Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO SWIFT TRANSPORTATION SERVICE, LLC; SWIFT TRANSPORTATION CO. OF PHOENIX, LLC; SWIFT TRANSPORTATION CO., INC; AND SWIFT TRANSPORTATION CO., LLC** <br><br><br><br> Case No. 2:18-cv-00750-JNP <br><br> Judge Jill N. Parrish |

Plaintiff, by and through counsel, hereby gives notice of the dismissal without prejudice of Defendants SWIFT TRANSPORTATION SERVICE, LLC, SWIFT TRANSPORTATION CO. OF PHOENIX, LLC, SWIFT TRANSPORTATION CO., INC, AND SWIFT TRANSPORTATION CO., LLC, pursuant to Rule 41(a)(1)(A)(i), Fed R. Civ. P.

Dated this 24th day of October 2018.

**EISENBERG, GILCHRIST & CUTT**

/s/ Eric S. Olson
Eric S. Olson
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2018 a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO SWIFT TRANSPORTATION SERVICE, LLC, SWIFT TRANSPORTATION CO. OF PHOENIX, LLC, SWIFT TRANSPORTATION CO., INC; AND SWIFT TRANSPORTATION CO., LLC** was served by the method indicated below to the following:

| | | |
|---|---|---|
| Heinz J. Mahler | ( ) | U.S. Mail, postage prepaid |
| Smith D. Monson | ( ) | Hand Delivery |
| KIPP AND CHRISTIAN | ( ) | Overnight Mail |
| 10 Exchange Place, 4th Floor | ( ) | Facsimile |
| Salt Lake City, Utah 84111 | ( ) | Email |
| hjmahler@kippandchristian.com | (X) | CM/ECF Notification |
| smonson@kippandchristian.com | | |
| *Attorneys for Defendant Schneider National* | | |
| *Carriers, Inc.* | | |

| | | |
|---|---|---|
| Nathan D. Alder | ( ) | U.S. Mail, postage prepaid |
| Sarah Elizabeth Spencer | ( ) | Hand Delivery |
| CHRISTENSEN & JENSEN | ( ) | Overnight Mail |
| 257 East 200 South, Suite 1100 | ( ) | Facsimile |
| Salt Lake City, Utah 84111-2047 | ( ) | Email |
| Nathan.Alder@chrisjen.com | (X) | CM/ECF Notification |
| Sarah.Spencer@chrisjen.com | | |
| *Attorneys for Defendants Ryder Truck Rental, Inc.,* | | |
| *Velox Transport Services, LLC, Jefferson Ospina* | | |

| | | |
|---|---|---|
| Stephen J. Trayner | ( ) | U.S. Mail, postage prepaid |
| H. Scott Jacobson | ( ) | Hand Delivery |
| Jason L. Deforest | ( ) | Overnight Mail |
| STRONG & HANNI, P.C. | ( ) | Facsimile |
| 9350 South 150 East, Suite 820 | ( ) | Email |
| strayner@strongandhanni.com | (X) | CM/ECF Notification |
| sjacobson@strongandhanni.com | | |
| jdeforest@strongandhanni.com | | |
| *Attorneys for Attorneys for Constance Marshall;* | | |
| *and Swift Transportation Defendants* | | |

Terry M. Plant          ( )    U.S. Mail, postage prepaid
Stewart B. Harman    ( )    Hand Delivery
PLANT, CHRISTENSEN & KANELL    ( )    Overnight Mail
136 E. South Temple, Suite 1700    ( )    Facsimile
Salt Lake City, Utah 84111    ( )    Email
tplant@pckutah.com    (X)    CM/ECF Notification
sharman@pckutah.com
*Attorneys for Defendants BTI Special Commodities,*
*Inc. and Virgil Dickeson*

Gary R. Guelker    ( )    U.S. Mail, postage prepaid
RESNICK & LOUIS    ( )    Hand Delivery
222 South Main Street, 5th Floor    ( )    Overnight Mail
Salt Lake City, Utah 84101    ( )    Facsimile
gguelker@rlattorneys.com    ( )    Email
*Attorneys for Defendants Anthony Dobson and Merx*    (X)    CM/ECF Notification
*Global, Inc.*

/s/ Cheryl Miller