Eric S. Olson (11939)
**EISENBERG CUTT KENDELL & OLSON**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
Email: eolson@eckolaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHELLE LONGORIA, personally and on behalf of the ESTATE OF OSCAR LONGORIA; REYNALDA HERNANDEZ; NICHOLAS LONGORIA; LUKAS LONGORIA; JOSH LONGORIA; TYLER LONGORIA<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTANCE MARSHALL; SWIFT TRANSPORTATION CO. OF ARIZONA LLC; ANTHONY DOBSON; MERX GLOBAL; MERX GLOBAL, INC.; MERX GLOBAL LOGISTICS, INC.; VIRGIL DICKESON; BTI SPECIAL COMMODITIES, INC.; ANDRES O. JEFFERSON; RYDER TRUCK RENTAL INC.; VELOX TRANSPORT SERVICES, LLC; RICK MARKHAM; SCHNEIDER NATIONAL CARRIERS, INC.; JEFFERSON OSPINA; TIRUMALA VENKATA; and KAHKASHAN TRANSPORT INC.<br><br>Defendants. | **STIPULATED MOTION TO DISMISS SCHNEIDER NATIONAL CARRIERS, INC. AND RICK MARKHAM WITHOUT PREJUDICE**<br><br>Case No.: 2:18-cv-00750-JNP<br>Judge: Jill N. Parrish<br><br>Magistrate Judge: Brooke C. Wells |

Plaintiffs, Schneider National Carriers, Inc. ("Schneider") and Rick Markham ("Markham"), by and through counsel, hereby move the Court for an order, dismissing Schneider

and Markham without prejudice. Schneider and Markham agree to cooperate in providing discovery going forward as a non-parties.

DATED this 22nd day of April, 2019.

**EISENBERG CUTT KENDELL & OLSON**

/s/ Eric S. Olson
Eric S. Olson
Counsel for Plaintiffs

DATED this 22nd day of April, 2019.

**KIPP & CHRISTIAN**

/s/ Heinz Mahler (with permission)
Heinz Mahler
Counsel for Schneider and Markham

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2019, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS SCHNEIDER NATIONAL CARRIERS, INC. AND RICK MARKHAM WITHOUT PREJUDICE** was served pursuant to the method indicated to the following:

| | |
|---|---|
| Heinz J. Mahler<br>Smith D. Monson<br>Ian L. Quiel<br>Kipp and Christian, P.C.<br>10 Exchange Place, 4th Floor<br>Salt Lake City, UT 84111<br>*hjmahler@kippandchristian.com*<br>smonson@kippandchristian.com<br>*Attorneys for Defendant Schneider National Carriers, Inc. and Rick Markham* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |
| Stephen J. Trayner<br>H. Scott Jacobson<br>Jason L. Deforest<br>Strong & Hanni, P.C.<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111<br>*strayner@strongandhanni.com*<br>*sjacobson@strongandhanni.com*<br>*jdeforest@strongandhanni.com*<br>*Attorneys for Defendant Swift Transportation Co. of Arizona, LLC and Constance Marshall* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |
| Nathan D. Alder<br>Sarah Elizabeth Spencer<br>Christensen & Jensen, P.C.<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>*Nathan.Alder@chrisjen.com*<br>*Sarah.Spencer@chrisjen.com*<br>*Attorneys for Defendants Ryder Truck* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |

*Rental, Inc., Velox Transport Services, LLC, Jefferson Ospina*

| | |
|---|---|
| Terry M. Plant<br>Stewart B. Harman<br>Plant, Christensen & Kanell<br>136 East South Temple, Suite 1700<br>Salt Lake City, UT 84111<br>*tplant@pckutah.com*<br>*sharmab@pckutah.com*<br>*Attorneys for Defendants BTI Special Commodities, Inc and Virgil Dickeson* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |
| Gary R. Guelker<br>Resnick & Louis, PC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>gguelker@rlattorneys.com<br>*Attorneys for Defendants Merx Global and Anthony Dobson* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |

                                                 */s/   Cheryl Miller*